UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA RECHETNICOU,

              Plaintiff,

    v.

DEYVERSSON M CAMPOS DE OLIVEIRA,

              Defendant.

CASE NO. C22-597 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issued an Order to Show Cause directing Plaintiff to file a response or amended complaint within 14 days of entry of the Order. (Dkt. No. 3.) The response deadline is May 24, 2022. On May 23, 2022, the Court received noticed that the copy of the Order it mailed to Plaintiff was returned as undeliverable. The Court was able to obtain a new address for Plaintiff and it re-sent the Order on May 23, 2022. In the interest of fairness, the Court EXTENDS the deadline for Plaintiff's response to the Order to Show Cause to June 6, 2022.

Failure to respond to the Order to Show Cause will result in dismissal of this action for lack of subject matter jurisdiction.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Filed May 24, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk